# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

January 23, 2025

VIA EMAIL AND ECF

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Junner Quiroz*, 24-cr-677 (KMK)

Dear Honorable Judge Karas:

I write to respectfully request that Mr. Quiroz be permitted to travel to the District of New Jersey this weekend, January 25, 2025, and January 26, 2025, for work.

Mr. Quiroz was presented before the Honorable Judith C. McCarthy on May 23, 2024, and has been released on conditions since that time. A notice of intent was filed on December 2, 2024, and the case was wheeled out to Your Honor. The parties were referred to Magistrate Judge Victoria Reznik for entry of the guilty plea. Mr. Quiroz waived indictment and pleaded guilty to a one count information charging him with Conspiracy to Distribute Narcotics, a violation of 21 U.S.C. § 846. Mr. Quiroz is scheduled to be sentenced before Your Honor on April 24, 2025, at 11:00 a.m.

Mr. Quiroz has been working since he was released from custody. He has been given an opportunity to work with a friend this weekend installing an HVAC system. The project should take two days and Mr. Qurioz would travel out each day to New Jersey. I have contacted Pre-Trial Services through Mr. Qurioz's supervising officer, Jessica Aguilar-Adan, who does not oppose this request. I have also consulted the government through Assigned Assistant United States Attorney David Markewitz, who also does not object to this request.

Therefore, Mr. Quiroz respectfully requests that that he be permitted to travel to the District of New Jersey this weekend, January 25, 2025, and January 26, 2025, for work purposes. Thank you for your time and consideration.

Granted.
So Ordered.
1/24/25

Sincerely,

Elizabeth K. Quinn
Counsel for Junner Quiroz

cc: David Markewitz, AUSA