# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2025

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:    *United States v. Junner Quiroz*, 24-cr-677 (KMK)

Dear Honorable Judge Karas:

Mr. Quiroz respectfully requests that his United States passport be released by Pre-Trial Services to my office so that we can arrange to return it to his family.

Mr. Quiroz was released on conditions following his arrest on May 22, 2024. One of his release conditions was that he surrender his United States passport to Pre-Trial Services, which he did. Mr. Quiroz was sentenced to 3 months on June 24, 2025. He self-surrendered to FCI Allenwood Low on June 6, 2025.

I was recently informed by Pre-Trial Services that his passport will have to be returned to the Department of State absent a court order releasing it to either my office or his family. Therefore, I am respectfully requesting an order from this Court permitting the release of his passport to the Federal Defenders of New York, Inc. so that we can arrange to have it returned to his family.

Thank you for your time and consideration.

Granted.  The Pre-Trial Services Office is respectfully directed to provide Mr. Quiroz's passport to the Federal Defenders of New York.

So Ordered.
*/s/ KMK*
6/10/25

Sincerely,

*/s/ Elizabeth K. Quinn*

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Junner Quiroz

cc: AUSA David Markewitz, Esq.